**Larry D. DAVIS, Appellant,**

v.

**JOHNSON CONTROLS, Respondent.**

**No. WD 46220.**

Missouri Court of Appeals, Western District.

Jan. 12, 1993.

David Whipple, Kansas City, for appellant.

John Kent Thomas and Robert Barry Miner, St. Joseph, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and HANNA, JJ.

### ORDER

PER CURIAM.

The order of the Labor and Industrial Relations Commission denying benefits is affirmed. Rule 84.16(b).